The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNN NUNNALLY, <br><br> Plaintiff, <br><br> v. <br><br> XO COMMUNICATIONS, a Delaware Corporation; ABC CORPORATION and JOHN DOES 1-10, <br><br> Defendants. | No. C07-1323JLR <br><br> STIPULATION AND PROPOSED ORDER FOR EXTENSION OF PRETRIAL DEADLINES |

**STIPULATION**

COME NOW the parties, by and through their attorneys of record, and hereby move the Court to extend certain pretrial deadlines. The parties stipulate as follows:

1. Trial is currently set for February 17, 2009. The proposed changes to the current case schedule should not affect trial date.

2. The parties agree that the current discovery cutoff should be continued from October 20, 2008, until December 4, 2008. Both parties agree to extend the discovery deadline because plaintiff's counsel had a trial that prevented discovery from being completed by the current deadline. The parties agreed to continue discovery to accommodate the scheduling conflict.

STIPULATION AND ORDER (C07-1323 JLR) — 1
DWT 12069887v1 0060350-000020

Davis Wright Tremaine LLP
LAW OFFICES
777 – 108TH Avenue NE · Suite 2300
Bellevue, Washington 98004-5149
(425) 646-6100 · Fax: (425) 646-6199

1  3. The parties agree that the current deadline to file dispositive motions should be extended from November 19, 2008 to December 26, 2008, to give the parties additional time to complete discovery and obtain the transcripts and supporting documents necessary for preparing any dispositive motions.

4. The parties have not requested another extension in this case.

Respectfully submitted this 30th day of October, 2008.

| Davis Wright Tremaine LLP | McKay Huffington & Tyler PLLC |
| Attorneys for Defendant XO Communications | Attorneys for Plaintiff |

By _____
Gregory Hendershott, WSBA # 27838
Boris Gaviria, WSBA No. 31251
777 108th Ave. NE, Suite 2300
Bellevue, WA 98004
Telephone: (425) 646-6100
Fax: (425) 646-6199
gregoryhendershott@dwt.com
borisgaviria@dwt.com

By _____
Jean E. Huffington, WSBA # 19734
14205 SE 36th St Ste 325
Bellevue, WA 98006-1505
Telephone: (206) 903-8600
Fax: (206) 903-8520
jeh@mckayhuffington.com

STIPULATION AND ORDER (C07-1323 JLR) — 2
DWT 12063290v1 0060350-000020

Davis Wright Tremaine LLP
LAW OFFICES
777 – 108TH Avenue NE · Suite 2300
Bellevue, Washington 98004-5149
(425) 646-6100 · Fax: (425) 646-6199

## ORDER

The Court finds itself fully advised and hereby ORDERS:

The discovery cutoff in this case is extended to December 4, 2008. The dispositive motions filing deadline is extended to December 26, 2008. The case schedule otherwise remains unchanged.

DATED this _____ day of _____, 2008.

_____
JUDGE JAMES L. ROBART

Presented by:

By _____
Gregory Hendershott, WSBA # 27838
Boris Gaviria, WSBA No. 31251
777 108th Ave. NE, Suite 2300
Bellevue, WA 98004
Telephone: (425) 646-6100
Fax: (425) 646-6199
gregoryhendershott@dwt.com
borisgaviria@dwt.com


Approved as to form and content:

McKay Huffington & Tyler PLLC
Attorneys for Plaintiff
By _____
Jean E. Huffington, WSBA # 19734
14205 SE 36th St Ste 325
Bellevue, WA 98006-1505
Telephone: (206) 903-8600
Fax: (206) 903-8520
jeh@mckayhuffington.com

STIPULATION AND ORDER (C07-1323 JLR) — 3
DWT 12063290v1 0060350-000020

Davis Wright Tremaine LLP
LAW OFFICES
777 – 108TH Avenue NE · Suite 2300
Bellevue, Washington 98004-5149
(425) 646-6100 · Fax: (425) 646-6199